RONALD WILCOX, Bar #177601
Attorney at Law
2160 The Alameda, Suite F, San Jose, CA 95126
Tel: (408) 296-0400
Fax: (408) 296-0486

Counsel for Plaintiff PHILLIP and JOANNE WYATT

**U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| PHILLIP and JOANNE WYATT, ) <br>  ) <br> Plaintiff. ) <br>  ) <br> v. ) <br>  ) <br> WELLS FARGO BANK, N.A., WELLS ) <br> FARGO FINANCIAL CALIFORNIA, INC. ) <br> WELLS FARGO FINANCIAL NATIONAL ) <br> BANK, NATASHA DOE, STEPHANIE ) <br> DOE, ANNA DOE, and DOES 1-10, ) <br>  ) <br> Defendants. ) <br>  ) | Civil Action No.10-03553 LHK <br><br> **STIPULATION TO REMAND TO SUPERIOR COURT and [Proposed] ORDER** |

Plaintiffs filed this action originally in Santa Clara Superior Court. On August 12, 2010 some of the Defendants removed the matter to federal court alleging federal subject matter jurisdiction pursuant to the Telephone Consumer Protection Act, 47 U.S.C. §227.

The parties have agreed that while 47 U.S.C. §227 is a federal statute, state courts have exclusive jurisdiction regarding a cause of action under this statute. *Murphey v. Lanier*, 204 F.3d 911, 915 (9th Cir. 2000). Furthermore, agreement by all defendants is required for removal to federal court. Thus, the parties stipulate and agree that the case be remanded to Santa Clara Superior Court (110-CV-175840).

Each party shall bear its own costs and expenses incurred in connection with defendants' removal and the subsequent remand at this time. In the event Plaintiffs are successful in this action they can seek their fees and costs relating to the remand and removal at that time.

Respectfully submitted,

/s/Ronald Wilcox                                    9/2/10
Ronald Wilcox, Attorney for Plaintiff            Date


/s/Raymond Cho                                     9/2/10
Raymond Cho, Attorney for Defendants        Date


## [Proposed] ORDER

The Court hereby adopts the parties' stipulation. This matter is remanded to the Superior Court. Each party shall bear its own costs and expenses incurred in connection with defendants' removal and the subsequent remand at this time. In the event Plaintiffs are successful in this action they can seek their fees and costs relating to the remand and removal at that time.

**IT IS SO ORDERED.**

Date: September 3, 2010

*Lucy H. Koh*
HON. LUCY KOH
U.S. DISTRICT COURT JUDGE

STIPULATION TO REMAND and [Proposed] ORDER